Submitted May 7; reversed June 9; on respondent's petition for reconsideration filed June 18 and appellant's response to petition for reconsideration filed June 18, petition for reconsideration denied by opinion August 11, 2021
See 313 Or App 791, ___ P3d ___ (2021)

In the Matter of B. C.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

B. C.,
*Appellant.*

Yamhill County Circuit Court
20CC05538; A174625

487 P3d 879

Jennifer K. Chapman, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Julia Glick, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Reversed.

## PER CURIAM

Appellant appeals a judgment committing him to the custody of the Mental Health Division for a period of time not to exceed 180 days and an order prohibiting him from purchasing or possessing firearms, based on a finding that he has a mental illness. ORS 426.130. He asserts that the trial court erred in failing to dismiss the case because he had been held for more than five judicial days prior to the hearing. The state concedes the error. We accept the state's concession.

Appellant was detained on a director's hold on September 9, 2020, and the hearing in this case occurred on September 18, 2020, seven judicial days after appellant's detention commenced. As we held in *State v. L. O. W.*, 292 Or App 376, 381, 424 P3d 789 (2018), and numerous cases before and since, a court lacks authority to hold a mental commitment hearing when a person has been involuntarily hospitalized for longer than five judicial days, and a person held longer than five judicial days without a hearing is entitled to dismissal. We conclude that the error is apparent on the face of the record and exercise our discretion to correct it in light of the gravity of the error. *See State v. J. S.*, 293 Or App 117, 423 P3d 168 (2018) (exercising discretion to correct similar error in light of gravity of error).

Reversed.